NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000819
15-FEB-2019
08:07 AM

NO. CAAP-18-0000819

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
ASHLEY WELLMAN, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CPC-17-0000909)

ORDER GRANTING MOTION TO DISMISS APPEAL WITH PREJUDICE
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Motion to Dismiss Appeal With Prejudice, filed January 30, 2019, by Defendant-Appellant Ashley Wellman (Wellman), it appears that (1) the appeal has been docketed; (2) Wellman seeks to dismiss the appeal with prejudice, because it is moot; (3) attached to the motion is Wellman's declaration showing she understands the consequences of voluntary dismissal, consistent with Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(c); and (4) dismissal is authorized by HRAP Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed with prejudice.

DATED: Honolulu, Hawaiʻi, February 15, 2019.

Chief Judge

Associate Judge

Associate Judge